FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2018
CENTRAL DISTRICT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Michael William Wisar,<br><br>Defendant. | Case No.: CR 11-0662-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/California</u> for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>no known bail resources, limited background informa-</u>

tion, apparent current absconder status, apparent ongoing substance abuse

and/or

B. ☒ The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: apparent current restraining order, criminal history, instant allegations, ongoing substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 12, 2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2